IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LILLIE E. NORWOOD                                              PLAINTIFF

vs.                                   Civil No. 4:17-cv-04015

NANCY A. BERRYHILL                                            DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT


Comes now the Court on this the 5th day of February 2018, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE